No. 99–5015.  WATERS v. BROWN.  C. A. 7th Cir.  Certiorari denied.

No. 99–5016.  WOODS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–5017.  OMOIKE v. LOUISIANA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–5018.  PARKER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–5019.  SANDERS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 99–5020.  ROY v. BRIGANO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 99–5021.  WALKER v. SNYDER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 99–5022.  CARRILLO-RODRIGUEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–5023.  SERRATOS BELTRAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–5024.  WOODS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–5026.  WRONKE v. MADIGAN, SHERIFF, CHAMPAIGN COUNTY, ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 99–5027.  TERRELL v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 99–5030.  PEWENOFKIT v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–5031.  ROOKS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–5032.  RAMIREZ-GAMEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.